**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THYSSENKRUPP MATERIALS NA, INC. and THYSSENKRUPP MATERIALS TRADING NA, LLC | |
| | |
| Plaintiffs, | Case No. 1:23-cv-03086 |
| | |
| v. | Hon. Sharon Johnson Coleman, D.J. |
| | |
| PEGASUS DENIZCILIK A.S., POLSKA ZEGLUGA MORSKA P.P., ERATO TWO SHIPPING LIMITED, and NORTH AMERICAN STEVEDORING COMPANY, LLC | Hon. Jeffrey T. Gilbert, M.J. |
| | |
| Defendants. | |

**AGREED MOTION FOR AN EXTENSION
OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendants Polska Zegluga Morska P.P. ("Polska") and Erato Two Shipping Limited ("Erato"), by their undersigned counsel, and Defendant, North American Stevedoring Company, LLC ("NASCO"), by their undersigned counsel, hereby move this Court for an order extending the time to file their answer or otherwise respond to plaintiffs' complaint, and in support thereof, state as follows:

1.     On May 16, 2023, Plaintiffs filed their Verified Complaint in Admiralty. ECF No. 1.

2.     Polska is an entity organized in Poland and Erato is an entity organized in the Bahamas.

3.     On June 1, 2023, counsel for Polska and Erato executed waivers of the service of summons. ECF Nos. 6 and 7. Per Federal Rule of Civil Procedure 4(d)(3), as entities organized

1

outside of the United States, Polska and Erato should be allotted ninety (90) days to respond to plaintiffs' complaint.

4.      On June 2, 2023, this Court ordered that Polska's and Erato's responses to plaintiffs' complaint would be due today, July 18, 2023. ECF Nos. 6 and 7.

5.      On July 11 and 12, 2023, NASCO appeared in this action by way of its counsel, Kenderick M. Jordan and Warren J. Marwedel, respectively. ECF Nos. 12 and 13.

6.      However, on July 14, 2023, in a Joint Status Report (ECF No. 14), the parties mutually agreed that Polska and Erato would answer or otherwise respond to plaintiffs' complaint on or before August 11, 2023. Additionally, and prior to the filing of the Joint Status Report, counsel for NASCO and Plaintiffs mutually agreed that NASCO would answer or otherwise respond to Plaintiffs' complaint on or before August 12, 2023.

7.      Due to this mutual agreement, Polska and Erato request an extended deadline from July 18, 2023 to August 11, 2023 to file their answers or otherwise respond to plaintiffs' complaint; and NASCO also request to extend its deadline to answer or respond to plaintiffs' complaint to August 11, 2023.

8.      Federal Rule of Civil Procedure 6(b) provides a district court with discretion to grant a request for an extension of time prior to the expiration of a deadline for "good cause." Fed. R. Civ. P. 6(b); *Blue v. Hartford Life & Acc. Ins. Co.*, 698 F.3d 587, 593 (7th Cir. 2012).

9.      Even if the parties had not agreed to the August 11, 2023 answer date, Polska and Erato are entitled to a 90-day response period given that both defendants are organized in foreign countries (Poland and the Bahamas), making the correct date for their answers or responses to plaintiffs' complaint August 17, 2023.

10. On June 18, 2023, all counsel approved this motion and the relief requested herein.

11. Accordingly, Polska, Erato, and NASCO respectfully requests this extend their deadline to file their respective answers or otherwise respond to plaintiffs' complaint to August 11, 2023.

WHEREFORE, Polska Zegluga Morska P.P., Erato Two Shipping Limited, and North American Stevedoring Company, LLC respectfully request that this Court grant their Agreed Motion for an Extension of Time, and grant any additional relief this Court finds just under the circumstances.

Respectfully submitted,

POLSKA ZEGLUGA MORSKA P.P. and ERATO TWO SHIPPING LIMITED

/s/   Paul J. Kozacky
      One of their Attorneys

Paul J. Kozacky (pkozacky@kwmlawyers.com)
Caitlin J. Brown (cbrown@kwmlawyers.com)
KOZACKY WEITZEL MCGRATH, P.C.
77 W Wacker Drive, Suite 4500
Chicago, Illinois 60601
Phone:  312-696-0900

NORTH AMERICAN STEVEDORING COPMANY, LLC

/s/   Kenderick M. Jordan
      One of Its Attorneys

Warren J. Marwedel (1785109)
Kenderick M. Jordan (6332871)
MARWEDEL, MINICHELLO & REEB, P.C.
303 W. Madison St., Suite 1100
Chicago, Illinois 60606

3

P: (312) 902-1600
E: wmarwedel@mmr-law.com
   kjordan@mmr-law.com