**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THYSSENKRUPP MATERIALS NA, INC. d/b/a
ThyssenKruppMaterials Trading North America
and THYSSENKRUPP MATERIALS TRADING
NA LLC,

                Plaintiffs,

      v.

M/V DRAWSKO, her engines, boilers, tackle,
etc., *in rem*, PEGASUS DENIZCILIK A.S.;
POLSKA ZEGLUGA MORSKA P.P.; ERATO
TWO SHIPPING LIMITED; NORTH
AMERICAN STEVEDORING COMPANY, LLC,
*in personam,*

                Defendants.

Case No. 1:23-cv-03086

Hon. Sharon Johnson Coleman, D.J.

Hon. Jeffrey T. Gilbert, M.J.

**In Admiralty**

**NOTICE OF ADOPTION OF PREVIOUS**
**MOTION TO DISMISS PURSUANT TO RULE 12(b)(3)**

The motor vessel DRAWSKO *in rem*, her registered owner Erato Two Shipping Limited,
and her commercial manager Polska Zegluga Morska P.P. *in personam*, by their undersigned
attorneys, adopt the fully briefed Rule 12(b)(3) motion to dismiss (which challenged plaintiffs'
original complaint based on a London arbitration clause known to plaintiffs contained within the
operative charterparty) to stand as their motion to dismiss plaintiffs' amended complaint as that
amendment did not substantively change any of the material allegations bearing on the motion to
dismiss, and specifically incorporate the following previous submissions:

| ECF | Date | Submission |
|---|---|---|
| 1 | May 16, 2023 | Plaintiffs' original complaint (with one exhibit) |
| 20 | August 11, 2023 | Erato & Polska's Rule 12(b)(3) motion (with three exhibits) |
| 28 | September 22, 2023 | Plaintiffs' 12(b)(3) response brief (with one exhibit itself containing four exhibits) |

| 34 | October 27, 2023 | Erato & Polska's Rule 12(b)(3) reply brief (with three exhibits) |
| 36 | December 13, 2023 | DRAWSKO's restricted appearance pursuant to Supplemental Admiralty Rule E(8) and joinder in pending 12(b)(3) motion |
| 38 | December 28, 2023 | Plaintiffs' amended complaint (with one exhibit) |

WHEREFORE, for the reasons stated in the foregoing submissions, M/V DRAWSKO *in rem* and Polska Zegluga Morska P.P. and Erato Two Shipping Limited, *in personam,* respectfully request that this Court enter an order granting their motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(3) and dismissing this matter with prejudice, or in the alternative, granting them leave to conduct limited discovery into plaintiffs' actual and constructive notice of the charterparty's London arbitration clause or any like arbitration agreements, and for any additional relief that this Court deems just and appropriate.

Respectfully submitted,

M/V DRAWSKO *in rem*, and POLSKA ZEGLUGA MORSKA P.P. and ERATO TWO SHIPPING LIMITED, *in personam,*

/s/   Paul J. Kozacky
　　　 One of their Attorneys

Paul J. Kozacky (pkozacky@kwmlawyers.com)
Caitlin J. Brown (cbrown@kwmlawyers.com)
Thomas S. Horton (thornton@kwmlawyers.com)
KOZACKY WEITZEL MCGRATH, P.C.
77 W Wacker Drive, Suite 4500
Chicago, Illinois 60601
Phone:  312-696-0900

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 29, 2024, a true and correct copy of the foregoing *Notice of Adoption of Previous Motion to Dismiss Pursuant to Rule 12(b)(3)* was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email address on file with the Court.

*Counsel for Plaintiffs:*

David Yita Loh
(dloh@kmazuckert.com)
KMA Zuckert LLC
1350 Broadway, Suite 2410
New York, NY 10018
(212) 922-0450

Deborah Moldover
(dmoldover@kmazucker.com)
KMA Zuckert LLC
200 West Madison St., 16th Floor
Chicago, IL 60606
(312) 354-3000

*Counsel for Defendant North American Stevedoring Company, LLC:*

Warren J. Marwedel
(wmarwedel@mmr-law.com)
Kenderick Mason Jordan
(kjordan@mmr-law.com)
Marwedel, Minichello & Reeb, P.C.
303 W. Madison St., Suite 1100
Chicago, IL 60606
(312) 902-1600

/s/   Thomas S. Horton___

3