**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THYSSENKRUPP MATERIALS NA, INC. d/b/a ThyssenKruppMaterials Trading North America and THYSSENKRUPP MATERIALS TRADING NA LLC, | ) ) ) ) | Case No. 1:23-cv-3086-SJC |
| | ) | JURY DEMANDED |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| M/V DRAWSKO, her engines, boilers, tackle, etc., *in rem,* PEGASUS DENIZCILIK A.S.; POLSKA ZEGLUGA MORSKA; ERATO TWO SHIPPING LTD.; NORTH AMERICA STEVEDORING COMPANY, LLC, *in personam*; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO OPPOSE
OWNERS' MOTION TO DISMISS AMENDED COMPLAINT [DKT. 49]**

Pursuant to Local Rule 5.4, Plaintiffs, THYSSENKRUPP MATERIALS NA, INC. d/b/a ThyssenKruppMaterials Trading North America and THYSSENKRUPP MATERIALS TRADING NA LLC (hereinafter collectively referred to as "THYSSEN"), hereby move for leave to oppose POLSKA ZEGLUGA MORSKA's ("POLSKA") and ERATO TWO SHIPPING LTD.'s ("ERATO") (hereinafter collectively referred to as "Owners") Motion to Dismiss Plaintiffs' Amended Complaint [Dkt. 38]. Owners' counsel of record, Messrs. Kozacky Weitzel McGrath, P.C., opposes this motion.

In support of this motion, THYSSEN states as follows:

1.      This action seeks the recovery of transit-related damages arising from the ocean carriage of 596 steel coils from Gemlik, Turkey to Chicago, Illinois with final delivery to Chicago Steel in Gary, Indiana and Charter Steel Trading in Chicago, Illinois, pursuant to GENCONBILL bills of lading No. PDEF2205GMCH0002, 3, 4, 5 and 10 dated March 25, 2022.

1

2. On May 15, 2023, THYSSEN filed its Complaint [Dkt. 1].

3. On December 28, 2023, THYSSEN filed its Amended Complaint [Dkt. 38].

4. On January 29, 2024, Owners moved for adoption of its previous motion to dismiss pursuant to Rule 12(b)(3) [Dkt. 44 and 45].

5. On February 12, 2024, the Court granted Owners' notice of adoption [Dkt. 49].

6. The Parties have met and conferred in good faith. Owners' counsel takes the position that there are no new issues raised in Amended Complaint which need to be addressed.

7. THYSSEN disagrees.

8. Annexed hereto as Exhibit "A" is the Declaration of Marc Boettner dated February 26, 2024.

9. Annexed hereto as Exhibit "B" is the Affidavit of David Y. Loh dated February 26, 2024.

10. Annexed hereto as Exhibit "C" is THYSSEN's Brief in Opposition to Owners' Motion to Dismiss dated February 26, 2024.

11. As is further explained in the attached opposition papers, THYSSEN's opposition papers differ from their earlier opposition papers for two (2) reasons. First, Owners identified three (3), not two (2), separate charterparties as possibly incorporated by reference in the subject bills of lading. Second, THYSSEN's Amended Complaint [Dkt. 38] differs from the Complaint [Dkt. 1] in that it has emphasized its *in rem* claim against Motor Vessel "DRAWSKO" ("the Vessel").

12. THYSSEN raises its *in rem* claim for two (2) reasons. First, in lieu of arresting the Vessel in the United States, Owners' insurer issued a Letter of Undertaking which provided security for THYSSEN's claim and agreed to the Court's *in rem* jurisdiction. Second, for reasons which are apparent in its opposition papers, THYSSEN's claims would be eliminated if forced to

proceed in London arbitration, which renders Owners' arbitration clause, even if properly incorporated, unenforceable under the U.S. Carriage of Goods by Sea Act ("COGSA"), §3(8), 46 U.S.C. §30701, *et seq.*

13.    For the foregoing reasons, THYSSEN respectfully requests that it be granted leave to file the attached papers in opposition to Owners' Motion to Dismiss [Dkt. 49].

**Dated:** February 26, 2024

Respectfully Submitted,

KMA ZUCKERT LLC

/s/ David Y. Loh
David Y. Loh (*pro hac vice*)
KMA ZUCKERT LLC
1350 Broadway, Suite 2410
New York, NY  10018
Tel: (212) 922-0450

Deborah Moldover (ARDC No. 6717987)
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, IL 60606
Tel: (312) 345-3000

Attorneys for Plaintiffs
*THYSSENKRUPP MATERIALS NA, INC. d/b/a ThyssenKruppMaterials Trading North America and THYSSENKRUPP MATERIALS TRADING NA LLC*

3

## CERTIFICATE OF SERVICE

I, Deborah Moldover, an attorney, certify that on February 26, 2024, I served Plaintiffs' Motion for Leave to Oppose Owners' Motion to Dismiss Amended Complaint [Dkt. 49], on each party of record registered with the CM/ECF system by electronically filing it with the Clerk of the United States District Court for the Northern District of Illinois, who will send notification of such filing to each of them.

By:     /s/ David Y. Loh