**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Thyssenkrupp Materials NA, Inc., et al.

                                        Plaintiff,

v.                                                          Case No.: 1:23−cv−03086
                                                            Honorable Sharon Johnson Coleman

Pegasus Denizcilik A.S., et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 1, 2024:

    MINUTE entry before the Honorable Sharon Johnson Coleman: On August 11, 2023, Polska and Erato filed a 12(b)(3) motion to dismiss Plaintiffs' original complaint [20]. Over five months later, Plaintiffs filed an amended complaint [38]. The Court granted Polska's and Erato's motion to adopt their August 11, 2023, motion, to serve as their motion to dismiss Plaintiffs' amended complaint [44]. Plaintiffs now wish to file an opposition to Polska and Erato's adopted motion to dismiss. Polska and Erato, in the parties' joint status report, state they wish for the Court to enter a briefing schedule to oppose Plaintiffs' motion to file an opposition and/ or response. Over Polska and Erato's objection, as there has been an amended complaint, the Court grants Plaintiffs' motion to file an opposition and/ or response [53] to Polska and Erato's motion to dismiss. Plaintiffs' response is due by 3/29/2024. Polska and Erato's reply is due by 4/12/2024. The 3/05/2024 presentment date is stricken. After parties complete their briefing, the Court will take Polska and Erato's outstanding 12(b)(3) motion to dismiss, via their adoption [44], under advisement. Polska and Erato 9;s original 12(b)(3) motion to dismiss [20] is therefore stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.