**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THYSSENKRUPP MATERIALS NA, INC. and THYSSENKRUPP MATERIALS TRADING NA, LLC<br><br>               Plaintiffs,<br><br>v.<br><br>M/V DRAWSKO, her engines, boilers, tackle, etc., *in rem,* PEGASUS DENIZCILIK A.S., POLSKA ZEGLUGA MORSKA P.P., ERATO TWO SHIPPING LIMITED, and NORTH AMERICAN STEVEDORING COMPANY, LLC<br><br>               Defendants. | Case No. 1:23-cv-03086<br><br>Hon. Sharon Johnson Coleman, D.J.<br><br>Hon. Jeffrey T. Gilbert, M.J.<br><br>**In Admiralty** |

**THE DRAWSKO PARTIES'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants M/V DRAWSKO *in rem*, and POLSKA ZEGLUGA MORSKA P.P. and ERATO TWO SHIPPING LIMITED, *in personam* (collectively, the "DRAWSKO Parties"), by their undersigned counsel, request pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1 that this Court grant partial judgment in their favor and against Plaintiffs finding that there is no material dispute as to any material fact and that the limitations enacted by Congress under the Carriage of Goods by Sea Act apply *ex proprio vigore*, entitling the DRAWSKO Parties to partial judgment as a matter of law, and in support thereof submit their memorandum of law pursuant to Local Rule 56(a)(1) and a statement of undisputed material facts pursuant to Local Rule 56.1(a)(2), together with the attached exhibits.

WHEREFORE, for the foregoing reasons, M/V DRAWSKO *in rem*, and POLSKA ZEGLUGA MORSKA P.P. and ERATO TWO SHIPPING LIMITED, *in personam*, respectfully request that the Court grant partial judgment in their favor that the limitations enacted by

Congress under the Carriage of Goods by Sea Act apply *ex proprio vigore* to this action, and for all other relief this Court deems just.

Respectfully submitted,

M/V DRAWSKO *in rem*, POLSKA ZEGLUGA MORSKA P.P., and ERATO TWO SHIPPING LIMITED, *in personam*,

/s/   Caitlin J. Brown
One of their Attorneys

Paul J. Kozacky (pkozacky@kwmlawyers.com)
Caitlin J. Brown (cbrown@kwmlawyers.com)
KOZACKY WEITZEL MCGRATH, P.C.
77 W Wacker Drive, Suite 4500
Chicago, Illinois 60601
Phone:  312-696-0900