# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## GENERAL ORDER 26-0008

Karyn L. Bass Ehler will enter on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective May 7, 2026; and

Internal Operating Procedure 17 provides for the creation of an initial calendar for a newly appointed magistrate judge; therefore

It is hereby ordered that the attached list of civil consent cases and civil referrals are hereby reassigned to form the initial calendar of the Honorable Karyn L. Bass Ehler; and

It is further ordered pursuant to Local Rule 72.1 that Magistrate Judge Bass Ehler is to become the designated magistrate judge in any pending civil cases where Magistrate Judge Jeffrey T. Gilbert was the designated magistrate judge as of May 6, 2026; and

It is further ordered pursuant to Local Rule 73.1(e), the attached list of civil cases where the parties previously consented to proceed before the magistrate judge, pursuant to Local Rule 72.1, the parties may object within 21 days of reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending; and

It is further ordered that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new magistrate judge for twelve months from the date of this Order; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Bass Ehler, all hearing dates, deadlines, and schedules set by the magistrate judges in the attached list of cases are to remain in effect.

ENTER:
FOR THE EXECUTIVE COMMITTEE

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 1st day of May, 2026

**<u>Civil Consent Cases Reassigned from Magistrate Judge Gilbert to Magistrate Judge Bass Ehler</u>**

| <u>Case #</u> | <u>Case Title</u> |
|---|---|
| 1:23-cv-05211 | Durr v. Vermilion Investments, LLC et al |
| 1:24-cv-04334 | Arnold v. Bisignano |
| 1:24-cv-04993 | Eck v. Bisignano |
| 3:24-cv-50238 | Parks v. Bisignano |
| 1:24-cv-05277 | Abraham v. Bisignano |
| 1:24-cv-05915 | Robertson v. Bisignano |
| 1:24-cv-06797 | Diaz v. Bisignano |
| 1:24-cv-08342 | Johnson v. Bisignano |
| 1:24-cv-09772 | Puckett v. Bisignano |
| 1:24-cv-12138 | Burnett v. Bisignano |
| 1:25-cv-01464 | Awad v. Nichols |
| 1:25-cv-04413 | Cunningham v. Bisignano |
| 1:25-cv-05809 | Arnoni v. Bisignano |
| 1:25-cv-06118 | Brown v. Bisignano |
| 1:25-cv-06186 | Kreger v. Bisignano |
| 1:25-cv-06301 | Olivares v. Bisignano |
| 1:25-cv-07280 | Siuta v. Commissioner Social Security Administration |
| 1:25-cv-07281 | Oliver Ross v. Commissioner Social Security Administration |
| 1:25-cv-07540 | Rodriguez v. Bisignano |
| 1:25-cv-07541 | Anderson v. Bisignano |
| 1:25-cv-08893 | Kalmick v. Curaleaf, Inc. |
| 1:25-cv-09276 | Galifos v. Commissioner Social Security Administration |
| 1:25-cv-10182 | Myrick v. Commissioner of Social Security |
| 1:25-cv-10206 | Wesson v. Bailey |
| 1:25-cv-10377 | Fine v. Bisignano |
| 1:25-cv-10908 | Ponce  v. Bisignano |
| 1:25-cv-11382 | Rodriguez v. Bisignano |
| 1:25-cv-11409 | Turner v. Bisignano |
| 1:25-cv-11465 | Bolin v. Bisignano |

| | |
|---|---|
| 1:25-cv-11692 | Draper v. Bisignano |
| 1:25-cv-12528 | Mezera v. Bisignano |
| 1:25-cv-12898 | Sadler v. Bisignano |
| 1:25-cv-12918 | Branch v. Bisignano |
| 1:25-cv-13134 | Walton v. Bisignano |
| 1:25-cv-13225 | Avelar v. Bisignano |
| 1:25-cv-13856 | H. P. v. Bisignano |
| 1:25-cv-14218 | Wilson v. Bisignano |
| 1:25-cv-14288 | Blunt v. Bisignano |
| 1:25-cv-14636 | Young v. Bisignano |
| 1:25-cv-14932 | Campbell v. Bisignano |
| 1:25-cv-15043 | Gerrietts v. Bisignano |
| 1:25-cv-15109 | Chase v. Bisignano |
| 1:25-cv-15227 | Guzman v. Bisignano |
| 1:26-cv-01363 | Moar v. Bisignano |
| 1:26-cv-01803 | Rinehart v. Bisignano, Commissioner of Social Security |

**Civil Referral Cases Reassigned from Magistrate Judge Gilbert to Magistrate Judge Bass Ehler**

| Case # | Case Title | Assigned District Judge |
|---|---|---|
| 1:91-cv-03316 | Henry Horner Mothers, et al v. Chgo Housing Auth, et al | Seeger |
| 1:16-cv-08637 | In re Broiler Chicken Antitrust Litigation | Durkin |
| 1:16-cv-08855 | Ford v. Mateo | Pacold |
| 1:19-cv-00114 | White v. United Airlines, Inc. | Harjani |
| 1:20-cv-00088 | Dorsey v. Gosh, et al., | Wood |
| 1:20-cv-05013 | Denkewalter v. Freedom Development Group, LLC | Chang |
| 1:21-cv-02202 | Dorsey v. Miles | Wood |
| 1:21-cv-05881 | Mansoori v. Squires | Jenkins |
| 1:21-cv-06242 | Mansoori v. Smith | Jenkins |
| 1:21-cv-06379 | Mansoori v. Milly | Jenkins |
| 1:22-cv-01632 | Mansoori v. Stinacki | Jenkins |
| 1:22-cv-01635 | Mansoori v. Doe | Jenkins |

| | | |
|---|---|---|
| 1:22-cv-01638 | Mansoori v. Dart | Jenkins |
| 1:22-cv-01642 | Mansoori v. Armadore | Jenkins |
| 1:22-cv-02471 | Mansoori v. Stadnicki | Jenkins |
| 1:22-cv-03485 | Mansoori v. Pickens | Jenkins |
| 1:22-cv-04245 | Rodriguez v. Anastacio | Tharp |
| 1:22-cv-07014 | Huskey v. State Farm Fire & Casualty Company | Cummings |
| 1:23-cv-00628 | Wilburn v. North Shore Gas Company | Tharp |
| 1:23-cv-00765 | Barhoumeh v. City of Chicago | Kness |
| 1:23-cv-01182 | Malik v. Prairie Raynor LLC | Kendall |
| 1:23-cv-01235 | Mossette v. Dart | Kness |
| 1:23-cv-01469 | Shankar v. Fairview Avenue Properties LLC | Kendall |
| 1:23-cv-01596 | Haynes v. Fairview Avenue Properties, LLC | Kendall |
| 1:23-cv-01691 | Abbas v. Mikosz | Kendall |
| 1:23-cv-01710 | Remsik v. United States of America | Ellis |
| 1:23-cv-01841 | Green v. City of Chicago | Ellis |
| 1:23-cv-02401 | Sor v. Tcf National Holdings, Inc. | Kendall |
| 1:23-cv-02520 | Chen v. Chojnacki | Kendall |
| 1:23-cv-02546 | Michel v. Chojnacki | Kendall |
| 1:23-cv-02783 | Williams v. Nazario-Rivera | Kness |
| 1:23-cv-02858 | Said v. Chojnacki | Kendall |
| 1:23-cv-03086 | Thyssenkrupp Materials NA, Inc. v. Pegasus Denizcilik A.S. | Coleman |
| 1:23-cv-03173 | Stafford v. Chojnacki | Kendall |
| 1:23-cv-03430 | Hui v. Chojnacki | Kendall |
| 1:23-cv-03510 | Zhang v. Bank of China (Chicago Branch) | Alexakis |
| 1:23-cv-04406 | Fernandez v. Chojnacki | Kendall |
| 1:23-cv-05307 | Naylor v. Menard, Inc. | Coleman |
| 1:23-cv-14281 | Gonzalez v. Guevara | Hunt |
| 1:23-cv-14223 | Ronowski v. CCDOC | Wood |
| 1:23-cv-14233 | Ronowski v. Dart | Wood |
| 1:23-cv-14497 | Ronowski v. Dart | Wood |
| 1:23-cv-15165 | Ronowski v. Klemick | Wood |

| | | |
|---|---|---|
| 1:23-cv-16046 | Schenk v. Idleburg | Harjani |
| 1:23-cv-16113 | Baird & Warner Residential Sales, Inc. v. RXHST Naperville, LLC f/k/a CAHST Naperville, LLC | Rowland |
| 1:23-cv-16962 | Percy Productions Limited v. Bross | Pacold |
| 1:23-cv-17053 | Shenzhen Lai Xing Cheng Furnishings Co., Ltd, v. Shenzhen Chenbei Tech Co., Ltd | Daniel |
| 1:24-cv-00202 | Piecuch v. Delta Airlines, Inc. | Tharp |
| 1:24-cv-00308 | Brown v. Morales | Wood |
| 1:24-cv-01812 | Hill v. Perkins | Daniel |
| 1:24-cv-02117 | WalCo Funding LLC v. DriveSmart Auto Care, Inc. | Blakey |
| 1:24-cv-03080 | Smith v. Jack Mitchell Motorsports | Pacold |
| 1:24-cv-03725 | Lin v. Chojnacki | Kendall |
| 1:24-cv-03910 | Recinos v. NuWave LLC | Perry |
| 1:24-cv-04048 | Lopez v. Cooper Air Freight Service, Inc. | Alexakis |
| 1:24-cv-04394 | Charles A. Brahos v. Liberty Mutual Personal Insurance Company | Harjani |
| 1:24-cv-04465 | Kaszuba-Dias v. Green Thumb Industries Inc. | Kness |
| 1:24-cv-04727 | Sawa v. Menard, Inc. | Alonso |
| 1:24-cv-04771 | Cruz v. Klich | Perry |
| 1:24-cv-05850 | White v. Department of Veterans Affair | Wood |
| 1:24-cv-06390 | Summerland v. Constellation Energy Generation LLC | Alonso |
| 1:24-cv-06496 | Kuzmina v. Costco Wholesale Corporation | Rowland |
| 1:24-cv-08430 | Regan v. Adolf | Gottschall |
| 1:24-cv-09444 | Carmichael v. Hoselton #158 | Bucklo |
| 1:24-cv-11366 | Payne v. Dorn | Pacold |
| 1:24-cv-11404 | Lanzetta v. 11902 Longwood LLC, an Illinois Limited Liability | Kendall |
| 1:24-cv-11565 | Nowakowski v. Chojnacki | Kendall |
| 1:24-cv-11952 | Carey v. Emirates | Seeger |
| 1:24-cv-11991 | Johnson v. Hoehn | Daniel |
| 1:24-cv-12029 | Roadway Retail LLC v. The Individuals, Corporations, Limited Liability C | Alexakis |
| 1:24-cv-12498 | Weathington v. Steak 'N Egger | Kness |

| | | |
|---|---|---|
| 1:24-cv-12953 | Harvest Bible Chapel v. Philadelphia Indemnity Insurance Company | Durkin |
| 1:24-cv-13131 | Zhang v. The Individuals, Corporations, Limited Liability C | Alonso |
| 1:24-cv-13180 | Parreno v. David Sutherland Inc. | Alexakis |
| 1:24-cv-13320 | Pagani v. Sheriff of Cook County, Thomas J. Dart | Tharp |
| 1:25-cv-02972 | Wells v. Ralphs Grocery Company | Daniel |
| 1:25-cv-03498 | Dawson v. National University | Coleman |
| 1:25-cv-03480 | Johnson v. Circana, LLC | Blakey |
| 1:25-cv-03699 | Zhang v. Coyote Logistics, Inc. | Chang |
| 1:25-cv-03799 | Zachery v. Neumiller Farms, Inc. | Coleman |
| 1:25-cv-03979 | Street v. National Postal Handlers Union, Local 306 | Tharp |
| 1:25-cv-04037 | W. v. United Healthcare Insurance Company | Valderrama |
| 1:25-cv-04481 | Carter v. Schieve | Perry |
| 1:25-cv-04618 | Finley v. Singh | Harjani |
| 1:25-cv-04857 | Rhodes v. City Of Chicago | Daniel |
| 1:25-cv-05190 | Valentine v. FedeEx Express | Pacold |
| 1:25-cv-06039 | Taylor-Berryhill v. Will County Building Department | Pacold |
| 1:25-cv-06510 | Smith v. Trinity United Church of Christ | Kocoras |
| 1:25-cv-06845 | Robinson v. Sam's West, Inc. | Daniel |
| 1:25-cv-07008 | Dowdy v. Dollar Tree Distribution, Inc. | Harjani |
| 1:25-cv-07287 | Boyzo v. Acuity Brands Lighting, Inc. | Pacold |
| 1:25-cv-07342 | Day v. GC Manufacturing America LLC | Tharp |
| 1:25-cv-07472 | Garmon v. Urbano | Valderrama |
| 1:25-cv-07554 | Ellis v. FDS Logistics, LLC | Alexakis |
| 1:25-cv-07703 | Clark v. GTI Rock Island, LLC. | Pacold |
| 1:25-cv-07744 | Bradley v. Central Transport, LLC | Coleman |
| 1:25-cv-08152 | Singleton v. Village of Hillside & Employees | Pallmeyer |
| 1:25-cv-08180 | Reyes v. HOME DEPOT U.S. A. INC, | Alonso |
| 1:25-cv-08283 | Sorg v. Surgical Care Affiliates, LLC | Alonso |
| 1:25-cv-08350 | Bernard v. Midland Credit Management, Inc. | Gottschall |
| 1:25-cv-08525 | Volpert v. Lurie Childern's Hospital | Valderrama |

| 1:25-cv-08891 | Makoni v. Presence Central and Suburban Hospitals Network d/ | Hunt |
| 1:25-cv-09023 | Bernard v. Trans Union LLC | Lefkow |
| 1:25-cv-09385 | Hunter v. Martinez | Perry |
| 1:25-cv-09602 | IGG, LLC v. McWright | Wood |
| 1:25-cv-09623 | Evans v. Anthony Skin, LLC | Daniel |
| 1:25-cv-09679 | Bell v. City Of Chicago | Perry |
| 1:25-cv-10059 | West Bend Insurance Company v. Heights Crematory, Inc | Alonso |
| 1:25-cv-10314 | Bernard Jr. v. Trans Union LLC | Pacold |
| 1:25-cv-10995 | Tootsie Roll Industries, LLC v. Tootsi Impex, Inc. | Valderrama |
| 1:25-cv-11162 | Martinez v. Target Corporation | Tharp |
| 1:25-cv-11199 | International Motors, LLC f/k/a Navistar, Inc. and v. Humana Insurance Company | Hunt |
| 1:25-cv-11207 | Rios v. Plymouth Restaurant, Inc. | Chang |
| 1:25-cv-12193 | Armas v. Shepherd Property Management, LLC | Alexakis |
| 1:25-cv-12391 | Danielle Tate v. Fedex Corporation | Hunt |
| 1:25-cv-13083 | Jackson v. Hornblower Cruises and Events LLC | Perry |
| 1:25-cv-13420 | Minor v. United Airlines, Inc. | Gettleman |
| 1:25-cv-13554 | Furby v. Verizon Communications Inc. | Pacold |
| 1:26-cv-00156 | Miner v. Aetna Inc. | Chang |
| 1:26-cv-00655 | Smothers v. Ann & Robert H. Lurie Children's Hospital of | Perry |